UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 13-cv-00370-RJC-DSC |
| JAMES A. SHEPHERD and JAMES A. SHEPHERD INC., | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER ON PLAINTIFF'S APPLICATION TO LIFT STAY

This cause comes before the Court upon the application of Plaintiff Commodity Futures Trading Commission ("CFTC") to lift the stay entered on this Court's September 20, 2013, Oral Order.

Upon review of the filing, the Court hereby GRANTS Plaintiff's motion, as follows:

1. The stay ordered by this Court on September 20, 2013, is lifted to allow the CFTC to file a Memorandum of Law on the issue of restitution; and

2. Plaintiff's Memorandum is due on or before February 25, 2015.

SO ORDERED:

_____
Robert J. Conrad, Jr.
United States District Judge