UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-00370-RJC-DSC

| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| JAMES ALEXANDER SHEPHERD and JAMES A. SHEPHERD INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** comes before the Court sua sponte. On March 11, 2016, in the related criminal case of <u>United States of America v. James Alexander Shepherd</u>, 3:13-cr-00167-RJC-1, the Court issued an Order for Determination of Restitution. (Case No. 3:13-cr-00167-RJC-1, Doc. No. 38). The Order required restitution to be paid according to the Victim Restitution List in the amount of $8,409,279.43. On May 15, 2016, the Judgment in that case was amended to reflect the ordered restitution. (Case No. 3:13-cr-00167-RJC-1, Doc. No. 39). In light of the restitution ordered in the related criminal case, the Court directs the parties to file a status report updating the Court on the status of this civil case.

**IT IS, THEREFORE, ORDERED** that the parties file a status report, jointly if possible, within **thirty (30) days** of the entry of this Order updating the Court on the status of the case.

Signed: June 14, 2016

Robert J. Conrad, Jr.
United States District Judge